# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | 1:07cv1886 AWI DLB |
| | ) | |
| | ) | ORDER OF DISMISSAL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LUTE OLSON, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Jonathan Lee Riches ("Plaintiff") is currently incarcerated at FCI Williamsburg, located in Salters, South Carolina, and filed the instant action on December 27, 2007. A review of the docket reveals that Plaintiff has filed over 30 actions in this Court's Fresno and Sacramento divisions since October 2007. In fact, Plaintiff has inundated federal courts across the County with meritless litigation in recent years. He did not file an application to proceed in forma pauperis or pay the $350.00 filing fee.

On January 9, 2008, this Court dismissed another of Plaintiff's actions, *Riches v. Bak,* 1:07cv1883 LJO DLB. In the order of dismissal, the Court dismissed the action as frivolous and ordered the Clerk to refuse to file any future complaints from Plaintiff unless they are accompanied by the filing fee. The instant action was filed before this order was entered, and while the order influences the outcome of this action, the Court must nonetheless explain why this action should be dismissed.

1     Pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of the
2 complaint for sufficiency to state a claim.  The court must dismiss a complaint or portion thereof
3 if the court determines that the action is legally "frivolous or malicious," fails to state a claim
4 upon which relief may be granted, or seeks monetary relief from a defendant who is immune
5 from such relief.  28 U.S.C. § 1915(e)(2).  If the court determines that the complaint fails to state
6 a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be
7 cured by amendment.

8     A review of his complaint reveals that it is patently frivolous and fails to state any
9 colorable claim to invoke this Court's jurisdiction.  He names University of Arizona head
10 basketball coach Lute Olson and assistant coach Kevin O'Neill as Defendants and alleges that
11 Mr. Olson is his biological father and "gave birth to the Olson twins."  He also alleges that Mr.
12 O'Neill is his godfather and "won't give [him] a school scholarship."  He doesn't indicate
13 exactly what relief he seeks from Defendants.

14     Despite his reference to his civil rights and 42 U.S.C. § 1983, his complaint fails to state a
15 claim and, like his others, is nothing more than an abuse of the judicial process.  To the extent
16 that Plaintiff is complaining about the conditions of his confinement when he states, "FCI
17 Williamsburg blocked my family from visiting, I can't use the telephone or e-mail or text
18 message, or morse code my family . . . I sent a pigeon to deliver a message, but it never returned,
19 this is a civil rights violation," he has failed to state any facts to invoke this Court's jurisdiction.
20 Complaint, at 1.

21     Plaintiff's complaint fails to state a claim under 42 U.S.C. § 1983 or a basis for this
22 Court's jurisdiction and must be DISMISSED.

23     This terminates this action in its entirety.

24

25 IT IS SO ORDERED.

26 **Dated:   January 11, 2008**              **/s/ Anthony W. Ishii**
                                          UNITED STATES DISTRICT JUDGE
27

28